IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD CLARK WRIGHT, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRANDON WARREN and VICTOR HILL,) <br> in their individual and official capacities, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE NO.: <br> <u>1:21-CV-5197-MHC</u> |

## **<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

COME NOW Defendants Brandon Warren and Victor Hill (hereinafter "defendants"), by and through the undersigned counsel of record, and hereby file this motion to dismiss plaintiff's complaint (Doc. 1). Pursuant to Fed. R. Civ. P. 12(b), defendants respectfully request that this Court dismiss plaintiff's complaint.

In support of this motion, defendants rely upon the arguments and citations to authority presented in the accompanying memorandum of law, which they file contemporaneously with this motion. For the reasons more fully set forth in the accompanying memorandum of law, defendants' motion should be granted.

**FREEMAN MATHIS & GARY, LLP**

<u>/s/ A. Ali Sabzevari</u>
Jack R. Hancock
Georgia Bar No. 322450

jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendants

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

>William S. Cowsert
>Joseph D. Stephens
>Cowsert Heath, LLP
>P.O. Box 627
>Athens, Georgia 30603

This 13th day of January, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)