IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| **DONALD CLARK WRIGHT, III,** | |
| **Plaintiff,** | **CIVIL ACTION FILE** |
| **v.** | **NO. 1:21-CV-5197-MHC** |
| **BRANDON WARREN and VICTOR HILL, in their Individual and Official Capacities,** | |
| **Defendants.** | |

## **ORDER**

Defendants have filed a Motion to Stay All Discovery pending a final ruling

on Defendants' Motion to Dismiss Plaintiff's Complaint [Doc. 6].  Plaintiff has not

responded to the motion, indicating that it is unopposed.  LR 7.1B, NDGa.

("Failure to file a response shall indicate that there is no opposition to the

motion.").  The Court finds good cause for granting the motion.

Accordingly, it is hereby **ORDERED** that Defendants' Motion to Stay All

Discovery [Doc. 6] is **GRANTED**.  Discovery in this case shall be **STAYED**

pending the final resolution of Defendant's Motion to Dismiss Plaintiff's

Complaint.

      **IT IS SO ORDERED** this 2nd day of February, 2022.

_____

MARK H. COHEN
United States District Judge